**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SHAWNTELL WRIGHT, et al.,** | : | **CIVIL ACTION** |
| **Plaintiffs,** | : | |
| | : | |
| **v.** | : | **No.: 26-cv-4896** |
| | : | |
| **JOSE A. PERALTA RODRIGUEZ, et al.,** | : | |
| **Defendants.** | : | |

**O R D E R**

**AND NOW**, this 28TH day of September, 2026, upon consideration of Defendants' Motion to Transfer Venue (ECF No. 17), Plaintiff's Brief in Opposition (ECF No. 18), and Defendants' Reply in Further Support (ECF No. 19), and for the reasons set forth in the memorandum filed concurrently with this Order, it is hereby **ORDERED** that the motion is **GRANTED**. The Clerk of Court is directed to transfer this matter to the United States District Court for the Middle District of Pennsylvania.

BY THE COURT:

/s/ Lynne A. Sitarski
LYNNE A. SITARSKI
United States Magistrate Judge